UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

MICHAEL BALTER

      Plaintiff,

vs.

TINSLEY ADVERTISING & MARKETING, INC.

      Defendant

_____/

## SUMMONS IN A CIVIL ACTION

TO:

      **TINSLEY ADVERTISING & MARKETING, INC.**
      **By Serving Its Registered Agent**
      **JOHN UNDERWOOD**
      **CEO**
      **2000 S. Dixie Highway-Suite 201**
      **Miami, FL 33131**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

Scott M. Behren, Esq.
Behren Law Firm
1930 N. Commerce Parkway
Suite 4
Weston, FL 33326
(954) 636-3802
Fax (772) 252-3365
scott@behrenlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded

in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____

_____
Signature of Clerk or Deputy Clerk