## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-24442-COOKE/DAMIAN

MICHAEL BALTER,

      Plaintiff,

vs.

TINSLEY ADVERTISING &
MARKETING, INC.,

      Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT FOR DAMAGES

      Defendant TINSLEY ADVERTISING & MARKETING, INC. ("Tinsley"), by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby files the instant Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint for Damages ("Motion") [ECF No. 1], and states the following in support thereof.

      1.     Plaintiff, Michael Balter ("Balter"), initiated this action on December 26, 2021 when he filed his single-count Complaint for Damages ("Complaint") against Tinsley. *See* ECF No. 1. In the Complaint, Balter alleges that Tinsley violated the Consolidated Omnibus Budget Reconciliation Act ("COBRA") by failing to provide him with a notice of his COBRA rights following his termination of employment with Tinsley in November 2021. *See* ECF No. 1.

      2.     The Complaint was served on Tinsley on January 10, 2022. Thus, Tinsley's response to the Complaint is due January 31, 2022. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

      3.     Upon a showing of good cause, the Court may extend the time for a party to file a response to a complaint if the party requests such extension before the original time to respond expires. *See* Fed. R. Civ. P. 6(b)(1)(A).

1

4.      Here, good cause exists to allow Tinsley additional time to respond to the Complaint because the undersigned counsel has been out of the country on a pre-planned vacation since January 15, 2022 and will return to the office on January 31, 2022. Thus, the undersigned requires additional time to evaluate the claims raised in the Complaint and Tinsley's appropriate response to such claims.

5.      Thus, Tinsley respectfully requests that the Court allow Tinsley a 4-day extension of time until February 4, 2022 to file its response to the Complaint.

6.      The granting of the relief requested in the Motion will not prejudice Balter, delay the completion of discovery, or delay any other deadlines in this litigation as a Case Management and Scheduling Order has yet to be issued.

7.      The Motion is made in good faith and not for dilatory purposes.

WHEREFORE, Tinsley respectfully requests that this Court grant the Motion and enter an Order extending the deadline for Tinsley to file a response to the Complaint until February 4, 2022.


In accordance with Local Rule 7.1(a)(3), the undersigned has conferred with Balter's counsel who does not object to the relief requested in the Motion.


January 28, 2022                                Respectfully submitted,

                                               *s/ Susan Potter Norton*
                                               Susan Potter Norton
                                               Florida Bar No. 201847
                                               snorton@anblaw.com
                                               **ALLEN NORTON & BLUE, P.A.**
                                               121 Majorca Avenue, Suite 300
                                               Coral Gables, FL 33134
                                               Tel.: (305) 445-7801
                                               Fax: (305) 442-1578
                                               *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of

2

electronic filing to Scott M. Behren, Esq, Behren Law Firm, 2893 Executive Park Drive, Suite

110, Weston, FL 33331, scott@behrenlaw.com.

*s/ Susan Potter Norton*
Attorney