UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24442-COOKE/DAMIAN

MICHAEL BALTER,

    Plaintiff,

vs.

TINSLEY ADVERTISING &
MARKETING, INC.,

    Defendant.

_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

    THIS MATTER is before the Court on Defendant's, Tinsley Advertising & Marketing, Inc., Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint for Damages, ECF No. 9, filed on January 28, 2022 ("Motion").

    The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

    1.    The Motion is hereby **GRANTED**.

    2.    Defendant's response to Plaintiff's Complaint for Damages shall be due by February 4, 2022.

    **DONE and ORDERED** in Chambers, Miami, Florida, this _____ day of January, 2022.

                                                                              MARCIA G. COOKE
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of Record*