# Benefits Statement for Michael E Balter

**Benefits as of**  11/05/2021

| PLAN | EFFECTIVE DATE | COVERAGE LEVE… | EMPLOYEE COST | EMPLOYER COST |
| --- | --- | --- | --- | --- |
| Insurance - AD&D | | | | |
| **Voluntary AD&D Family, FT Employees**<br>METLIF | 10/01/2021 | $750,000.00 | $18.00 Per Month | $0.00 Per Month |

BENEFICIARIES

Teri Balter (Primary - 100.00%) (Spouse)
██████████ (Secondary - 50.00%) (Child)
██████████ (Secondary - 50.00%) (Child)

Signature: _____  Date: _____

**This benefit statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your pay statement.**

**EXHIBIT 1**