UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24442-COOKE/DAMIAN

MICHAEL BALTER,

    Plaintiff,

vs.

TINSLEY ADVERTISING &
MARKETING, INC.,

    Defendant.

_____/

**UNSWORN DECLARATION OF DENISSE MARTI
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

STATE OF FLORIDA          )
COUNTY OF MIAMI-DADE    )

    I, Denisse Marti, do hereby depose and state the following:

1. I have personal knowledge of the matters herein referred to.
2. I am over the age of 18 and am a resident of the State of Florida.
3. I am currently employed by ADP TotalSource as a Human Resources Business Partner.
4. On October 1, 2021, Tinsley Advertising & Marketing, Inc. ("Tinsley") began providing coverage to employees through a group health plan sponsored by ADP TotalSource.
5. When Michael Balter ("Balter") was terminated from Tinsley on or around November 5, 2021, he was not enrolled in the group health plan coverage through ADP TotalSource.
6. As he was not enrolled in group health plan coverage at the time of his termination, Balter did not receive health insurance, dental insurance, or vision insurance coverage through Tinsley or ADP TotalSource at the time of his termination.

**EXHIBIT 2**

7. This is evidenced by the ADP TotalSource Benefits Statement for Michael Balter, which does not list Balter as receiving health insurance, dental insurance, or vision insurance coverage through Tinsley or ADP TotalSource at the time of his termination.

8. The ADP TotalSource Benefits Statement for Michael Balter shows that the only active benefit that Balter was enrolled in at the time of his termination was a voluntary life insurance plan.

I do declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/4/2022

By: _____
DENISSE MARTI

**EXHIBIT 2**