# Howie Waldman

| | |
|---|---|
| **From:** | John Underwood <john@tinsley.com> |
| **Sent:** | Thursday, January 27, 2022 3:17 PM |
| **To:** | Howie Waldman |
| **Cc:** | Dorn Martell; Susan Potter Norton |
| **Subject:** | Fwd: COBRA Form |
| **Attachments:** | TINSLEY_COMPLETED_ADP Cobra Application.pdf |

Please note our new Suite #105B

John Underwood
Chief Executive Officer
Tinsley Advertising
2000 S. Dixie Highway, Suite 105B
Miami, FL  33133
office:  305-856-6060 x 143
direct:  786-437-6143
john@tinsley.com

**From:** Rick Balter <rick@tinsley.com>
**Sent:** Monday, September 27, 2021 5:34 PM
**To:** Pardal, Erick (ES) <Erick.Pardal@ADP.com>
**Cc:** John Underwood <john@tinsley.com>
**Subject:** Re: COBRA Form

**WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.**

Erick,

Here's the Agency's completed form.

Teri's was sent earlier so we should be in good shape.

I've "un-enrolled" from the agency's plan.
One question.
Is the Life Insurance contingent on having the health insurance?

I thought it was for all FT employees.

Thanks for putting this together.
Please send confirmation of the COBRA coverage.

Rick
k

1

**EXHIBIT 3**

Please note our new Suite #105B

## Rick Balter

Chief Operating Officer

Tinsley Advertising

2000 South Dixie Highway, Suite 105B, Miami Fl 33133

d. 786-437-6157 | c. 954-599-3493

**www.tinsley.com**
*Latest & Greatest* ***blog.tinsley.com***
*Facebook* ***facebook.com/tinsleyad***
*Twitter* ***twitter.com/tinsleyad***

> On Sep 27, 2021, at 4:35 PM, Rick Balter <rick@tinsley.com> wrote:
>
> Teri's form completed and attached.
>
> When John send his I'll pass it along.
>
> Thanks
>
> <Completed.COBRA Conversion Form - Teresa Balter - Unsigned.pdf>
>
> Please note our new Suite #105B
>
> ## Rick Balter
>
> Chief Operating Officer
>
> Tinsley Advertising
>
> 2000 South Dixie Highway, Suite 105B, Miami Fl 33133
>
> d. 786-437-6157 | c. 954-599-3493
>
> **www.tinsley.com**
> *Latest & Greatest* ***blog.tinsley.com***
> *Facebook* ***facebook.com/tinsleyad***
> *Twitter* ***twitter.com/tinsleyad***
>
>> On Sep 27, 2021, at 3:52 PM, Pardal, Erick (ES) <Erick.Pardal@ADP.com> wrote:

**EXHIBIT 3**

Regards,

**Erick Pardal** | **Associate Sales Executive**
10200 Sunset Drive, Miami, FL 33173
T- (305) 951-2978
Erick.Pardal@adp.com

<image001.gif><image002.png><image003.png><image004.png><image005.png>

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.
<COBRA Conversion Form - Teresa Balter - Unsigned.pdf>

**EXHIBIT 3**