**9/27 - Case 23221736:**
- Monica: *Thank you for calling ADP TotalSource, your MyLife Advisor, my name is Monica. Am I speaking with Michael?*
- Michael: *Yes you are. How are you today?*
- Monica: *I'm doing just fine, thank you. How are you?*
- Michael: *I'm good, thanks.*
- Monica: *Good. What can I help you with?*
- Michael: *Uh – you can help me unenroll in my, uh, health insurance. My family plan.*
- Monica: *Okay. I, uh, I -*
- Michael: *I just want to make sure I do this properly, well, it's telling me now is that I shouldn't, I need to unenroll from the family plan in order to actually, my wife and dependents go to a different COBRA plan. So I have to unenroll from this so that I'm not automatically charged on October 1st.*
- Monica: *Okay. Alright.*
- Michael: *Okay? And I keep, like, my benefits, like as the employee, the insurance that's offered. The death and the AD&D, I think there's AD&D, and another death, uh, life insurance policy as the employee I keep, so I need to stay on this as the employee with the employee information but with no health insurance. Does that make sense?*
- Monica: *Uh, yes. In a way.*
- Michael: *I'm glad it does to you because it's very confusing to me.*
- Monica: *\*Sighs\* Sorry, I'm looking at your recent cases.*
- Michael: *I've been trying to do this for a month. It's been a month's work and now they're giving me until today to do it.*
- Monica: *Wow. Your life event. Did you have a QLE?*
- Michael: *Say that again?*
- Monica: *A qualifying life event?*
- Michael: *Well, did I? Well… It's not that it's a qualifying life event. What's happened is that I have not been on the health insurance plan. I talked to you all. For a year and half, I've been on Medicare but I maintained the plan for my wife and kids.*
- Monica: *Okay.*
- Michael: *We now are transitioning over to ADP but they're telling me that on the ADP they do it a different way than when we did it when we were independent and that they have a Co - uh*
- Monica: *Cobra*
- Michael: *Cobra plan, that they will go on but that I had erroneously signed up, or registered, for family coverage because this is how I used to protect them under the old health insurance.*
- Monica: *Correct.*
- Michael: *So they said I have to unenroll from the family coverage.*
- Monica: *Okay.*
- Michael: *But again, I maintain whatever life insurance and my employee information saves.*
- Monica: *Right.*
- Michael: *So I went on and was messing around and I changed my eligibility date for my wife and I looked at it and thought maybe I'm not doing this right. I want to make sure it gets done right.*
- Monica: *Right. Well did you do it, um, Friday? Or the 22nd?*
- Michael: *I just now.*
- Monica: *Just now.*

**EXHIBIT 4**

- Michael: *Just now. Like I changed her eligibility end date, but that, I can't find any place in here to cancel the coverage. To unenroll.*
- Monica: *Right. To like unenroll.*
- Michael: *Right. And the coverage starts on October 1st, so it's like, I'm trying to unenroll.*
- Monica: *Right, right.*
- Michael: *I have to unenroll so that this doesn't -*
- Monica: *\*Laughs\**
- Michael: *So that it doesn't deny her.*
- Monica: *So that you're not charged. Right, yeah.*
- Michael: *Okay. Good.*
- Monica: *Okay I'm understanding. Okay. So, now, right, because it's just going to be Maxwell, Alex, and her, Terry, right?*
- Michael: *Right. Well, see they're the ones that need health insurance coverage.*
- Monica: *Right. And they're the ones going to COBRA.*
- Michael: *Right. They're the ones going to get COBRA so that health insurance should be cancelled. The family coverage was started to cover them.*
- Monica: *Right. Okay. So. Give me a minute, I'm going to put you on a short hold.*
- Michael: *I'll give you two minutes.*
- Monica: *Two minutes? Okay.*
- Michael: *Listen, I'll give you all the time you need. Monica. You take all the time you need.*
- Monica: *Thanks, dear. I'll be right with you, okay? It won't be long.*
- Michael: *Perfect.*
- [HOLD ~5 minutes]
- Monica: *Okay. Are you there Michael?*
- Michael: *Yes. I am.*
- Monica: *I have so many darn windows open on my computer, I've lost you for a second.*
- Michael: *\*Laughs\**
- Monica: *I was like, oh my gosh, where did it go? I know I didn't hang up. Oh man. For goodness sakes. Alright. Okay. So, my dear, alright. Just so we can be on the same page, are you staying on Medicare?*
- Michael: *Yes.*
- Monica: *Okay. Alright. So then everything is all set. Okay? Everything is done, your family is going to Cobra, they are insured, you are not. You are on Medicaid, okay, so I've, every single dependent, spouse, on every dental, vision, and medical plan we've enrolled. Now. You should be getting insurance cards from all three of those insurance places. Um, do you know who your carrier is for your medical or carrier is?*
- Michael: *Okay now wait a minute. Wait a minute, wait a minute. What? So I don't want health insurance for anybody.*
- Monica: *Oh, you don't want it at all?*
- Michael: *No, no, no. I thought you understood that. I'm going to be on Medicare. They're going to be covered under a different ADP Cobra program.*
- Monica: *Okay.*
- Michael: *Okay? So they can't be enrolled in this because if anyone's enrolled in the health insurance on this, then I'll have to pay for it when I'm not using it. So I need nobody enrolled in health insurance. All I need is whatever the life insurances are, the life and the AD&D, that they remain as the beneficiaries with those. But nobody's got any health insurance coverage. Period.*

**EXHIBIT 4**

- Monica: *Okay.*
- Michael: *I know that sounds crazy, but that's what they're telling me to do.*
- Monica: *Right, right, right. Okay so then, you don't have any, alright, okay so -*
- Michael: *So I enrolled everybody and now everybody has to be unenrolled.*
- Monica: *Okay. So that makes more sense now. Okay. Alright, I apologize. I'm sorry.*
- Michael: *That's alright. I knew we'd eventually get to the point.*
- Monica: *I'd eventually get it, it's just depending on the person and how patient they can be. I can be very, challenged.*
- Michael: *Oh you can? What do you mean?*
- Monica: *Very.*
- Michael: *Where do you live?*
- Monica: *I live in Utah and that's probably half of the reason.*
- Michael: *Wait a minute. I spoke to you two weeks ago, Monica. Don't you remember?*
- Monica: *Oh my gosh, yes because your name is Maxwell!*
- Michael: *Yes.*
- Monica: *Yes. I remembered this just a second ago.*
- Michael: *Okay, so we've spoken. How coincidental is that?*
- Monica: *That's awesome. You're like, wait a minute.*
- Michael: *Yeah, this whole thing has gone full circle now. Now I'm being told they shouldn't be on this because there's a different plan. So I have to get them unenrolled before they start billing me for being enrolled in this and nobody should be enrolled in this. Okay?*
- Monica: *Okay. So. You're very, you sound, you're from New York right?*
- Michael: *No, well, I live in Florida, I mean I'd love to be in New York but no.*
- Monica: *Okay, that's right.*
- Michael: *Fort Lauderdale, remember?*
- Monica: *Yup, yup, yup. I do remember this conversation.*
- Michael: *Okay.*
- Monica: *Okay. We did talk about you being from New York.*
- Michael: *Well I grew up in New York.*
- Monica: *Right. Okay. Well, so, we'll do that, and, alright. So we'll waive these, hmm. There's that. What am I supposed to put for the reason? Hmm. Goodness. Alright, Michael, can I have you hold just for a little bit longer so I can? The reasoning… There's not a list of reasoning options. So. I'll be right with ya.*
- Michael: *Uh huh. Okay.*
- [HOLD ~5 min]
- Monica: *Okay. Alright. So. I know we've talked about this more than, like, twice, in like four different ways, so you do not want insurance for you or your family through your employer or ADP, right?*
- Michael: *Heath insurance. Correct.*
- Monica: *Health insurance. Right. Correct. Just health insurance.*
- Michael: *Yes.*
- Monica: *So, but, the dental and the vision, okay. Okay. Because when I terminate them, it's, they're gone. Okay. Alright. Right? Just the medical? Okay. Yes? I'm going to hit terminate.*
- Michael: *Yes.*
- Monica: *\*Laughs\* Alright, so, alright. No more health insurance. But there is dental and there is vision, so.*

**EXHIBIT 4**

- Michael: *Okay. We'll waive those too.*
- Monica: *You don't want those either?*
- Michael: *No, no. Anything tied to the health insurance.*
- Monica: *Alright. They're all gone. So, got it. So now you should be able to,*
- Michael: *The only thing that should be left, should be whatever life insurance & AD&D and they remain as beneficiaries. Do you want me to log on again now?*
- Monica: *It should take just a minute longer.*
- Michael: *Oh, okay.*
- Monica: *You can start logging on if you'd like to.*
- Michael: *No, I don't want to.*
- Monica: *No? Okay.*
- Michael: *I'm getting tired of this whole process.*
- Monica: *I know, I'm sorry. I feel bad. I apologize. Okay.*
- Michael: *It's not you, you're one of the few that's been helpful.*
- Monica: *Well hopefully, except for that last little mix up that I just had there that I was completely 99.9% error user.*
- Michael: *It's showing everyone as dependents & beneficiaries.*
- Monica: *Yeah, it's telling me I need to go into Practitioner mode to make such a move, so. I guess it's a good thing I didn't let you go because you'd be like, wow, why does this keep happening to me?*
- Michael: *So Monica, is it done?*
- Monica: *No, it's not yet. I need to go into Practitioner mode.*
- Michael: *Oh, okay.*
- Monica: *That takes just a minute.*
- Michael: *That's okay. I have time. What else you got to do?*
- Monica: *Work, just work. I don't even have another break.*
- Michael: *I'm sure there are not people as nice as you either.*
- Monica: *No. They're not. I'm telling you right now. Like, I'm like, oh my gosh. Michael's going to bite my head off. And then, I was like, you know what? No he's not because when I talked to him last week, he was fine. I remember him.*
- Michael: *\*Laughs\**
- Monica: *Alright. So, and then, and I need your company code. Alright. How was your weekend? You have any plans?*
- Michael: *My weekend was kind of, you know actually, it sucked. I had to spend the whole weekend working on my taxes because I put them off and put them off and put them off. Now I ran out of time so I literally spent all day Saturday and Sunday working on taxes.*
- Monica: *Well that sounds like my kids' dad. I'm like, why don't you just do it? You understand how nice I am to let you claim her? No, Juan, if I claimed her, we'd already be done and over with this process. I'm like, you need to be nice. He's nice, he's alright. He's a lot nicer than he was when we were together. So that's what he did too. He was doing that as well. That's funny.*
- Michael: *I just hate doing them because you really have to, you have to do it right. You gotta like, totally absorb yourself because if you don't, you're screwing yourself. You're screwing yourself. So it's like, you gotta do it right. Ugh. It's like, oh my god, it drains me.*
- Monica: *Do you have the receipt for the RV? I'm like, I have a copy because you lost the original one. I'm like, but, the copy will be fine. It still has the information you need on it. Relax. But yeah. I think.*

**EXHIBIT 4**

- Michael: *Right, and I'm trying to do mine and my wife's, and my wife's been out of town for three weeks and I'm trying to do mine and she keeps all of the files and it's like, ugh, where is this?*
- Monica: *Right.*
- Michael: *Yeah, because I have my, I look at what I did last year, and I go from there. And then that way everything's fairly consistent year to year, whether it's right or wrong it's consistent.*
- Monica: *Right. Whether it's right or wrong it's consistent.*
- Michael: *And it always takes a whole weekend. It doesn't matter if I do it on time or late, it takes a whole weekend.*
- Monica: *Alright, so why does it still say pending? It's making me mad. I've refreshed, and everything, done in practitioner mode, did it wrong, okay. We're going to do this then. Alright. Now it did it. Oh my gosh. Yes I know. Oh my god. This is ridiculous. Why? I did everything she told me to. Okay. I'm going to clear my cache and cookies real quick and restart so all of that, because I don't know… I've done everything I'm supposed to do. This is always my last resort.*
- Michael: *Okay.*
- Monica: *It's not letting me do it because they're still pending. But she said I could do it because they are pending. Ugh it makes no sense.*
- Michael: *I went in, and under the status, I did a report a life event for each of them, and did an eligibility end date of today.*
- Monica: *Right. Let's see.*
- Michael: *Which says it was submitted successfully. So if, let's say, the eligibility, if they have no eligibility then you would think they would, there's no coverage. They're not eligible and there's no coverage. That's what I would think.*
- Monica: *Right.*
- Michael: *That's what I think.*
- Monica: *I don't think that's really the case though my dear.*
- Michael: *That's why I'm bouncing that option though, Monica.*
- Monica: *Okay. Thank you then Michael. *Laughs* Ugh it's not letting me do this. I'm over this. She is going to, alright. Well. So, Amy. And she's going to try to call me when I'm on the line with you and then I'm going to have to click, oh crap, hold on Michael. Hmm. Pending. Enroll by the employee.*
- Michael: *Well, whatever I did didn't work.*
- Monica: *I don't think so. But it didn't work for whatever I'm doing either, so.*
- Michael: *Yeah. Because when I look at my benefits by the date on October 1st, they're all still listed here. Nothing has changed, even though I said they weren't eligible.*
- Monica: *Aww. Alright, hang on. I'm not too sure. Okay. Let's see. She's going to, oh no. Alright Michael, hang on. I got you put you on a brief hold real quick.*
- Michael: *Okay. Is this the same supervisor from a couple of weeks ago?*
- Monica: *I don't know. Did I have you -*
- Michael: *Amy Holtz?*
- Monica: *Yes*
- Michael: *Is it the same one? Because she wouldn't talk to me a few weeks ago, she didn't have time for me a few weeks ago.*
- Monica: *Oh, alright. Hold on for a minute alright, my dear? I apologize.*
- Michael: *Okay.*
- Monica: *I feel awful.*

**EXHIBIT 4**

- Michael: *That's okay.*
- [HOLD ~3 min]
- Monica: *Michael?*
- Michael: *Yes?*
- Monica: *Did you want to keep the AD&D as well?*
- Michael: *Yes. The AD&D and the Life.*
- Monica: *Okay. Alright. Okay.*
- Michael: *Oh baby, you got it! You got it!*
- Monica: *Alright, I apologize.*
- Michael: *No, that's okay. You got it! Now – is there, isn't there also a life policy that I should be getting?*
- Monica: *Uh, um, for the life policy, there should be. I think so. Let's see. Did you have life? It's still there, right?*
- Michael: *No, I'm looking at the benefits and I just refreshed and it shows, all it shows is the AD&D now.*
- Monica: *Um.*
- Michael: *Which is right, it shows the AD&D, and the benefits, and the beneficiaries correctly, and we just have to do the same thing, I believe there's a 10 or 15,000 life policy.*
- Monica: *Okay. Oh my gosh. You know what though? Now we've got a whole another problem. So you can't keep voluntary, or, man, you can't keep the voluntary life insurance and all that if you don't have the medical or all that.*
- Michael: *Oh, really? Okay. That's possible.*
- Monica: *How could I forget that?*
- Michael: *That's possible. That would make sense. Okay.*
- Monica: *Is that okay?*
- Michael: *Um, see I thought every employee got that. Marvelous. Which would mean that I would get it, so why do you think Metlife -*
- Monica: *You're still an active employee. I totally forgot that part. I guess I could have told you that before. Okay. But she's, yeah. Active or not, if, she, you should contact your HR now and see if they'll send it or give it to you.*
- Michael: *I don't have an HR.*
- Monica: *Oh yeah, we're HR.*
- Michael: *You guys are our HR. I don't have one anymore.*
- Monica: *Okay. Well. I guess we could, okay. So you want, yeah, I guess everything is still, so I guess that's what it is. If you're not involved, or if you're not enrolled into the other ones, then I guess you don't get added on other ones, even if -*
- Michael: *That's – if that's what's true, I'm going to clarify with my guy on my end. But you've got the health stuff, which is the big part.*
- Monica: *Okay.*
- Michael: *Okay?*
- Monica: *Yeah. Sounds good Michael. I don't understand why it is like that but it sounds like that's what it is.*
- Michael: *It doesn't make sense but let me check into it. It may be in there and they can correct it but I'll let them know that I.*
- Monica: *Alright.*
- Michael: *Okay? Alright Monica.*

**EXHIBIT 4**

- Monica: *It's been a pleasure talking to you.*
- Michael: L*ikewise.*
- Monica: *Hopefully you get me next time.*
- Michael: *We'll see. Maybe I'll just check in to say hi.*
- Monica: *Yeah. You could do that too. That's fine.*
- Michael: *There you go. Alright. You have a good day. Thank you. Bye bye.*
- Monica: *You're a sweetie. Bye bye.*
- Michael: *Bye.*

**EXHIBIT 4**