COBRA CONVERSION ENROLLMENT
Original Effective Date: 9/30/2021
Enrollment Deadline: 12/10/2021
Paygroup: YFA3/South

Always Designing for People

**Health and Welfare COBRA Benefits Conversion Enrollment Form (2021 - 2022 Plan Year)**
ADPTS Effective Date: 10/1/2021
TERESA BALTER/41412172

### GENERAL INFORMATION (Complete the following information)

Work Number (954) 993-3381       Spouse Name: Michael Balter
Home Number (____) _____    Is your Spouse employed? (Y) N
Do you or any member of your family have any other medical coverage? (Y) N
If Yes, name of Medical Carrier: Medicare
Policy Number: 1RP7-H63-PE33
Effective Date of Coverage: 1/1/2019
Is Coverage for: [ ] Self  [X] Spouse
Do you intend to replace your current health policy with this policy? Y (N)

### DEPENDENT INFORMATION AND PCP DESIGNATION

In this section, list **yourself and all of your eligible dependents** whom you wish to cover under a benefit plan. Provide complete information for each dependent, and identify the benefit plan(s) in which you wish to enroll each dependent by marking "X" under the appropriate benefit plan option(s).

---------- Election Information ----------

| Name | Relation | SSN# | Date of Birth | Gender | Medical PCP | Dental PCD | Vision |
|---|---|---|---|---|---|---|---|
| TERESA BALTER | SELF | [redacted] | [redacted] | F | | | |
| [redacted] | SON | [redacted] | [redacted] | M | | | |
| [redacted] | SON | [redacted] | [redacted] | M | | | |
| | | | | | | | |
| | | | | | | | |

### AUTHORIZATION

I have read the explanation of my Health and Welfare benefits options effective 10/1/2021. I acknowledge receipt of the COBRA Open Enrollment notice for continuation of health care coverage. I understand that during this or any future open enrollments if I do not make changes to my then-current health plan elections, my elections will default to either the same health plan election or a designated replacement health plan election specified in the personal statement for that enrollment period, and that such a default may result in a higher cost.

( ) I do not wish to enroll in continuing coverage with ADPTS. I certify that I am voluntarily ending COBRA coverage.
[X] I have made the appropriate coverage elections and completed the applications. I certify that I am not currently covered under any group health plan.

I hereby certify that the above information is complete and accurate.
Signature _[signature]_ Date 10.12.21          _[signature]_  10/15/21

### INTERNAL USE ONLY
Keyed By _____ Date _____
Audited By _____ Date _____

Questions? Please contact a MyLife Advisor at (833) 571-4098

Page 2 of 2

**EXHIBIT 5**