**10/12 - Case 23474466:**
- Laurie: *Thank you for calling ADP TotalSource, this is Laurie, I will be your MLA today. To whom do I have the pleasure of speaking with?*
- Michael: *Michael Balter, what did you say your name was?*
- Laurie: *Laurie*
- Michael: *Laurie, oh, okay. Hi Laurie, how are you this morning?*
- Laurie: *I'm good, thank you, Michael, how about you?*
- Michael: *Good, thanks.*
- Laurie: *Good. Michael, when I pull up your information, I just want to thank you for verifying everything today. I can see that you've reached the wrong platform or division for ADP so I'm going to transfer you -*
- Michael: *Whoa, whoa don't transfer let me talk to you first.*
- Laurie: *Sure.*
- Michael: *I spoke to an associate of yours last night and she gave me the direct line for this department. Unfortunately, when you call that line it gives you four options. All of them have to do with making payments. I need to talk to someone. How do I talk to someone?*
- Laurie: *Let me get you transferred to someone who you can talk to. Are you on COBRA?*
- Michael: *I'm trying to get my wife and family on COBRA. I have the application here but not yet. I have the information here but I have questions on the application that I want to talk to someone about. I want to make sure I put it in properly.*
- Laurie: *Okay. So what are your questions?*
- Michael: *On the form, am I supposed to select PCPs under this plan, and how do I do that?*
- Laurie: *You don't have to.*
- Michael: *Okay. So I don't have to -*
- Laurie: *You do not have to. As you're doing the paper form, you do not have to. Correct.*
- Michael: *Okay. So that answers that. That's perfect. Uh – that was my big question. My next question is how do I make payments on this? I mean, you guys are like the first thing anyone ever talks about is payment and I see that they want payment made with the application. How do you do that?*
- Laurie: *So payment with the application would need to be by a check or money order. Once that's done and your application is complete and accepted, you will be able to go online and make payments.*
- Michael: *Alright. So let me ask you this question – I notice in the ADP 4 page document that was sent along with this that you've got 45 days to make that first payment. So my question is, can I send the application in, have the account set up, and then set up for direct payment? Within, you know, a week, 10 days, something like that?*
- Laurie: *Um, you can. We won't process or activate your insurance until payment's been received.*
- Michael: *So, the only way to do this is by mail? There's no way to make an electronic payment?*
- Laurie: *Not the first time – no. You could certainly email everything in and once it's set up you can go on and make that payment. But it's not going to, so let's say you do that today and you go on next Tuesday to make the payment, we're not going to actually start the process of reenrolling you into Cobra until the payment's received.*
- Michael: *I understand that, but coverage would still be in effect as of the first, and that way I can set it up -*
- Laurie: *Correct. It's retroactive. Exactly.*

**EXHIBIT 6**

- Michael: *Right. So all I want to do is, I don't want to, first of all, I don't even have any paper checks anymore. I don't use them. So I can't send you a check. Uh, but I want to set it up to be automatic withdrawal from my account each month.*
- Laurie: *Right.*
- Michael: *And I'll do that once I have the billing information, you know, once I have the first payment information I'll set that up. And that'll happen very quickly. As soon as I get notification of the account number and amount and stuff like that. I'll send the payment out that day electronically.*
- Laurie: *Sure. Perfect.*
- Michael: *Okay. And I have one more question.*
- Laurie: *Sure.*
- Michael: *I'm filling out, I'm the employee of the company, but I am on Medicare so my family's going on Cobra.*
- Laurie: *Right.*
- Michael: *Okay so I'm filling out this application as the employee. Do I sign it, or does my wife need to sign it as she's the one that coverage is for?*
- Laurie: *She will need to sign it because she's the one coverage is for and she's over the age of 18, so yeah.*
- Michael: *Okay perfect. That was my last question. Thank you very much Laurie, you're very helpful.*
- Laurie: *You're very welcome Michael. Thanks, Michael, have a great day.*
- Michael: *Have a great day.*
- Laurie: *You too. Bye bye.*

**EXHIBIT 6**